**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 17, 2021

**BY ECF AND EMAIL**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. William Burgess,**
      **21 Cr. 563 (LTS)**

Dear Judge Swain:

I write to request that the Court adjourn the status conference presently scheduled for November 29, 2022, to a date in January 2022. The requested adjournment will allow me to continue to review the discovery with Mr. Burgess, research pretrial motions, and discuss potential dispositions with the government. The government has no objection to this request.

If the Court grants this request, the parties submit that time should be excluded until the next conference under 18 U.S.C. § 3161(h)(7).

Sincerely,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

CC:   AUSA Christy Slavik

The foregoing request for an adjournment is granted. The next pretrial conference is hereby scheduled for January 27, 2022 at 2:30pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through January 27, 2022, outweigh the best interests of the public and the defendant in a speedy trial in order to permit defense counsel to continue reviewing discovery and to allow the parties to continue discussing a potential pretrial disposition. DE no. 15 resolved.
SO ORDERED.
11/18/2021
/s/ Laura Taylor Swain, Chief USDJ