UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA


    -v-                                No. 21-CR-563-LTS


WILLIAM BURGESS,

                        Defendant(s).
------------------------------------------------------------X


## ORDER


       The sentencing scheduled for May 11, 2022, is rescheduled to **June 9, 2022 at 10:00 a.m.** in

Courtroom 17C.




Dated:  New York, New York
         March 15, 2022


                                         __/s/ Laura Taylor Swain____
                                         LAURA TAYLOR SWAIN
                                       United States District Judge