**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

May 17, 2022

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. William Burgess**
      **21 Cr. 563 (LTS)**

Dear Judge Swain:

    I write with the consent of the government to request an adjournment of Mr. Burgess's sentencing, which is currently scheduled for June 9, 2022, because the presentence investigation report is not expected to be completed until after the defense filing deadline. Having conferred with the government and Chambers regarding availability, I request that sentencing be rescheduled to noon on July 11, 2022.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

CC:   AUSA Christy Slavik

The foregoing request is granted. The sentencing hearing in this case is hereby rescheduled to July 11, 2022, at 12:00 p.m. (noon). Dkt. no. 26 resolved.
SO ORDERED.
5/17/2022
/s/ Laura Taylor Swain, Chief USDJ