UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No. 21-CR-563-LTS

WILLIAM BURGESS,                          ORDER

      Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case, currently scheduled to proceed on July 11, 2022, at 12:00p.m. is hereby rescheduled to proceed on **July 21, 2022**, at **2:00p.m.**, in Courtroom 17C.

    SO ORDERED.

Dated: New York, New York                  /s/ Laura Taylor Swain
       June 3, 2022                               LAURA TAYLOR SWAIN
                                                        Chief United States District Judge